Provus Bros. Company, appellant, v. West End Pine Building Corporation et al., defendants. Russell Firebaugh, appellee. Gen. No. 35,643.

 Opinion
filed January 20, 1932.
Joseph Fisher, for appellant. John A. Blake, for appellee; Arthur Abraham, of counsel.
Mr. Justice Wilson delivered the opinion of the court.